9:42



**Messages (3)**

 **Bukva, Power, Donn Pearson(3)**

The ▮▮▮ thing?   Dec 9 2022

 **Bukva, Power, Donn Pearson(3)**

Dec 9 2022   I'm still under investigation for ▮▮▮ Just got an email

 **Bukva, Power, Donn Pearson(3)**

▮▮▮ admitted he has bf and is holding hands   Dec 13 2021

is    and    in

EXHIBIT 2