UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| N.S., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case #1:23-cv-848 (RDA/IDD) |
| | ) |
| PRINCE WILLIAM COUNTY | ) |
| SCHOOL BOARD, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

SUBMISSION OF NEWLY AVAILABLE AUTHORITY

Pending before the court are defendants' motions for summary judgment on the claim of

plaintiff N.S. that defendants were deliberately indifferent to his homophobic victimization in

May and June, 2022.  The January 19, 2026 edition of VIRGINIA LAWYERS WEEKLY, received by

the undersigned on February 3, 2026, includes reference to this Court's decision in *J. M. H. v.*

*Prince William School Board*, No. 1:25-cv-15 (RDA/IDD), 2025 WL 2734556 (E. D. Va. Sep.

25, 2025).  While this Court is obviously aware of its own decision, plaintiff respectfully

submits, to defense counsel as well as to the Court, that this decision properly informs

assessment of the sufficiency of defendants' responses in May and June, 2022 to the homophobic

bullying at issue in the instant case.

Respectfully submitted,

N.S.

By counsel

Dated:  February 4, 2026

Counsel for Plaintiff:


//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Abigail S. Grand, #100578
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
703.684.1100 / Fax: 703.684.1104
vmg@robinhoodesq.com
nsr@robinhoodesq.com
SimmsN\Pldgs\SubmissionOfAUthoirity2026-0204


Certificate of Service

I, Victor M. Glasberg, hereby certify that on this 4th day of Februaryt 2026, I electronically filed the foregoing Submission of Authority with the clerk of the court.


//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
703.684.1100 / Fax: 703.684.1104
vmg@robinhoodesq.com

Counsel for Plaintiff