UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | | |
|---|---|---|
| N.S., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case #1:23-cv-848 (RDA/AJT) |
| | ) | |
| PRINCE WILLIAM COUNTY | ) | |
| SCHOOL BOARD, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

RESPONSE TO DEFENDANT SCHOOL BOARD'S MOTION TO
STRIKE OR FOR LEAVE TO RESPOND TO PLAINTIFF'S SUBMISSION, and
MOTION FOR LEAVE TO FILE SAID SUBMISSIONS, and WAIVER OF HEARING

Six months, five months, and now two days following plaintiff N.S.'s submission to the

Court of legal authority coming into existence following the close of briefing on the motions for

summary judgment pending in this case, defendant Prince William School Board moves to strike

said submissions, or for leave to respond to them.  N.S., by counsel, responds as follows:

1. The undersigned apologizes for having overlooked the provision in L.R. 7(F)(1) that

no further "written communications" may be filed without leave of court.   Counsel undertook to

file here, as previously in the Fourth Circuit pursuant to FED. R. APP. PRO. 28(j), reference to a

new decision bearing on the case at hand, without making any argument at all.

2. N.S. does not oppose the School Board's motion to respond to his authority.  He does

not propose to argue their significance as the Board has done, however, believing that this is for

the Court to determine.

    3.  N.S. respectfully seeks leave to file the three cases at issue.  Beyond that, he leaves to the Court's discretion whether to strike his three submissions.  The case law at issue exists independent of N.S.'s filing of them, and the Court is free to consider them if and as it sees fit.  N.S. waives a hearing on his motion for leave to file, and requests its adjudication on the papers.

        Respectfully submitted,

        N.S.

        By counsel

Dated:   February 6, 2026

Counsel for Plaintiff:

//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Abigail S. Grand, #100578
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
703.684.1100 / Fax: 703.684.1104
vmg@robinhoodesq.com
nsr@robinhoodesq.com
**SimmsN\Pldgs\Resp2MStrike2026-0206**

## Certificate of Service

    I, Victor M. Glasberg, hereby certify that on this 6th day of February 2026, I electronically filed the foregoing Response and Motion with the clerk.

        //s// Victor M. Glasberg
        Victor M. Glasberg, #16184

        Counsel for Plaintiff